# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Offender Name:** GERALD THOMAS BROWN

**Docket Number:** 1:93CR05232-01 OWW

**Judicial Officer:** Honorable Oliver W. Wanger
United States District Judge
Fresno, California

**Original Sentence Date:** June 13, 1994

**Original Offense:** Counts 1 and 3: 18 USC 2119, Attempted Carjacking; and Count 2: 18 USC 924(c)(1), Use of a Firearm During a Crime of Violence.

**Original Sentence:** 147 months BOP, 36 months supervised release, $150 special assessment, $1,000 in restitution.

**Special Conditions:** 1) Search and seizure; 2) Participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, which program may include testing; and 3) Make monthly restitution payments as directed by the probation officer.

**Other Court Action:** 05/18/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring him to participate in group counseling.

07/14/2005: The Court was notified of the defendant's illicit drug use, failure to test and failure to attend counseling. The Court approved the probation officer's plan, allowing for his continued participation in counseling.

08/01/2005: The Court was notified of the defendant's illicit drug use and modified his conditions to include 180 days at the Comprehensive Sanction Center.

08/31/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan to continue treatment in the Comprehensive Sanction Center.

04/06/2006: Form 12, Petition for Revocation of Supervised Release filed in the United States District Court, Eastern District of California, alleging two violations of supervised release.

**RE: Gerald Thomas Brown**
**Docket Number: 1:93CR05232-01 OWW**
**SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

**Type of Supervision:** Supervised Release

**Supervision Commenced:** August 13, 2004

**Assistant U.S. Attorney:** Karen Escobar **Telephone: (**559**)** 497-4000

**Defense Attorney:** Francine Zepeda **Telephone: (**559**)** 487-5561

**PETITIONING THE COURT**

**[] TO ISSUE A WARRANT**
**[] TO ISSUE A SUMMONS**
**[X] OTHER:** Petition amended to add Charges 3 and 4.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number** **Nature of Violation**

**1. ILLICIT DRUG USE (DATES) - Methamphetamine (February 25, 2006; March 8, 2006; and March 15, 2006)**

**Details of alleged non-compliance:** On February 25, 2006, March 8, 2006, and March 15, 2006, the defendant submitted urine samples, which revealed the use of methamphetamine, in violation of the condition that he not use any controlled substance.

**2. FAILURE TO DRUG TEST**

**Details of alleged non-compliance:** On March 6, 2006, and March 25, 2006, the defendant failed to submit urine samples on scheduled testing dates, in violation of the condition requiring him to participate in a program of testing if directed by the probation office.

**3. NEW LAW VIOLATION**

**Details of alleged non-compliance:** On April 20, 2006, the defendant was arrested for a violation of Vehicle Code section 10851, Vehicle Theft. This is in violation of the general condition not to commit another federal, state, or local crime.

**4. NEW LAW VIOLATION**

**Details of alleged non-compliance:** On April 20, 2006, the defendant was arrested for a violation of Penal Code section 496, Receiving Stolen Property. This is in violation of the general condition not to commit another federal, state, or local crime.

**Justification:** The defendant was arrest on April 20, 2006, for a violation of supervised release. At the time of his arrest, he was located in a stolen vehicle, which officers observed him driving in the

community. Based upon the defendant's continued drug use and new law violations, it is clear he has no intentions of abiding by the conditions previously set forth by the Court.

**Bail/Detention:** In light of the defendant's continued drug use and criminal behavior, it is recommended the Court consider him a flight risk and danger to the community. It is therefore recommended the no-bail warrant continue to serve as a detainer in this matter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully submitted,
/s/ Tim Mechem

**TIM MECHEM**
**United States Probation Officer**
Telephone: (559) 499-5731

**DATED:** May 2, 2006
Fresno, California
TDM

**Reviewed by:** **/s/ Bruce Vasquez**
**Bruce A. Vasquez**
**Supervising United States Probation Officer**

**RE: Gerald Thomas Brown**
**Docket Number: 1:93CR05232-01 OWW**
**SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

**THE COURT ORDERS:**

X **Other: The petition is superseded with two additional charges.**

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

X **Defendant is ordered detained with his next appearance before the Court on May 1, 2006.**

**IT IS SO ORDERED.**

**Dated: May 2, 2006** **/s/ Oliver W. Wanger**
**emm0d6** **UNITED STATES DISTRICT JUDGE**